IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

KATHIE D. SORRELLS,                                           Civil Action File No.

      Plaintiff,

v.

WAL-MART STORES EAST, LP,
WALMART, INC.
(A/K/A WAL-MART STORES, INC.),
WAL-MART ASSOCIATES, INC.,
ABC CORPORATIONS 1-3 AND JANE DOES 1-3,

      Defendants.
_____/

**NOTICE OF REMOVAL**

COME NOW WAL-MART STORES EAST, LP, WALMART INC. (formerly known as WAL-MART STORES, INC.), and WAL-MART ASSOCIATES, INC., named Defendants in the above-captioned matter, by and through their counsel of record, within the time prescribed by law, and file this Notice of Removal, showing the Court as follows:

1.

The above-named Plaintiff filed suit against Defendants WAL-MART STORES EAST, LP, WALMART INC. and WAL-MART ASSOCIATES, INC. in the Superior Court of Polk County, Georgia, which is within the Rome Division

of this Court. 28 U.S.C.A. § 90 (a)(2). Said lawsuit is styled as above and is numbered as Civil Action File No. SUCV2024000822. Plaintiff's claims against Defendants include claims of negligence.

2.

Plaintiff filed the Complaint on or about December 9, 2024. Defendants WAL-MART STORES EAST, LP, WALMART INC., and WAL-MART ASSOCIATES, INC. received service of summons and a copy of the Complaint on December 13, 2024. Defendants WAL-MART STORES EAST, LP, WALMART INC., and WAL-MART ASSOCIATES, INC. file this notice of Removal within thirty (30) days after service of summons and a copy of this Complaint.

3.

Defendant WAL-MART STORES EAST, LP is a Delaware limited partnership, of which WSE Management, LLC is the only general partner, and WSE Investment, LLC is the only limited partner. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, and the sole member of Wal-Mart Stores East, LLC is Walmart Inc. Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or

immediately prior to the filing and service of this lawsuit or at any time thereafter. The principal place of business for all entities mentioned in this paragraph is 702 SW 8th Street, Bentonville, AR   72716.

4.

Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter. The principal place of business for all entities mentioned in this paragraph is 702 SW 8th Street, Bentonville, AR   72716.

5.

Wal-Mart Associates, Inc. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter. The principal place of business for all entities mentioned in this paragraph is 702 SW 8th Street, Bentonville, AR   72716.

6.

Kathie D. Sorrells is a citizen of the State of Georgia.

7.

The citizenship of the fictitious ABC Corporations and Jane Does

Defendants, is disregarded for purposes of determining jurisdiction. 28 U.S.C. § 1441(a).

8.

Complete diversity of citizenship exists between Plaintiff and Defendants.

9.

Plaintiff claims serious and painful personal injuries, including injuries to her left arm and shoulder requiring shoulder surgery, pain and suffering, diminished ability to engage in physical activities, including activities of daily living and recreational and leisure activities distress, fright, shock, worry and trauma, past medical expenses of $103,372.70, and future medical expenses (see Complaint paragraphs 19, 20, 21, 23, 24 and ad damnum). The amount in controversy, exclusive of interest and costs, exceeds $75,000.

10.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on complete diversity of citizenship between Plaintiff and Defendants.

11.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendants have attached as Exhibit "A" copies of all the pleadings that were provided to and served upon Defendant, including copies of all pleadings that have been filed to date in the

Superior Court of Polk County, Georgia for the above-styled case.

12.

Pursuant to 28 U.S.C. § 1446, Defendants are not required to file a removal bond.

13.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

14.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the Superior Court of Polk County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendants WAL-MART STORES EAST, LP, WALMART INC. and WAL-MART ASSOCIATES, INC. pray that the above-captioned lawsuit be removed to the United States District Court for the Northern District of Georgia, Rome Division.

                                                      McLAIN & MERRITT, P.C.

                                                      /s/ Nicholas E. Deeb
                                                      Nicholas E. Deeb
                                                      Georgia Bar No. 117025
                                                      Attorney for Defendants

3445 Peachtree Road, N.E., Suite 500
Atlanta GA 30326; ndeeb@mmatllaw.com

The undersigned counsel certifies that the foregoing Notice of Removal has been prepared with one of the fonts and point selections approved by the court in LR 5.1B.

                                            /s/ Nicholas E. Deeb
                                            Nicholas E. Deeb

## CERTIFICATE OF SERVICE

This is to certify that on January 9, 2025, I electronically filed a **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

           McLAIN & MERRITT, P.C.

            /s/ Nicholas E. Deeb
           Nicholas E. Deeb
           Georgia Bar No. 117025
           Attorneys for Defendants
           WAL-MART STORES EAST, LP
           WALMART INC.
           WAL-MART ASSOCIATES, INC.

3445 Peachtree Road, N.E., Suite 500
Atlanta GA   30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com